UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMUEL NEVAREZ-AYON,<br><br>                Defendant. | Case No. 4:12-cr-00020-BLW<br><br>**ORDER** |

The Court has before it Defendant's Stipulation for Substitution of Counsel (Dkt. 471), and Defendant's Motion for Preparation of Transcripts at Government Expense (Dkt. 473).

Because Defendant Nevarez-Ayon has retained new counsel per the stipulation, the Court requires more explanation of how he can retain private counsel, but needs the Government to pay for preparation of transcripts. Accordingly, the Court will deny the motion without prejudice.

**ORDER**

**IT IS ORDERED:**

1. Defendant's Stipulation for Substitution of Counsel (Dkt. 471) is

    **GRANTED**.

2. Defendant's Motion for Preparation of Transcripts at Government Expense

**MEMORANDUM DECISION AND ORDER - 1**

(Dkt. 473)is **DENIED WITHOUT PREJUDICE**. Defendant may renew his motion, but shall include an explanation and affidavits where necessary explaining why he is unable to pay for his transcripts but able to retain private counsel. Defendant may submit his motion *ex parte*.

DATED: **August 6, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge