UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMUEL NEVAREZ-AYON,<br><br>        Defendant. | Case No. 4:12-cr-00020-BLW<br><br>**ORDER** |

The Court has before it Defendant's Motion for Order Releasing Copy of PSR to Appellate Counsel (Dkt. 481). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1. Defendant's Motion for Order Releasing Copy of PSR to Appellate Counsel (Dkt. 481) **GRANTED**. Probation shall release a copy of the PreSentence Investigation Report, and all Addendums, Exhibits and Objections thereto, to Defendant's appellate counsel Paul E. Riggins.

DATED: **August 27, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 1**